## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kenneth Fullard, Sr.<br>Charlene Fullard<br>    Debtors | CHAPTER 13 |
| LoanDepot.com, LLC<br>    Movant<br>  vs. | |
| Kenneth Fullard, Sr.<br>Charlene Fullard<br>    Debtors | NO. 16-17011 JKF |
| William C. Miller Esq.<br>    Trustee | 11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Plan of LoanDepot.com, LLC, which was filed with the Court on or about **January 10, 2017**.

               Respectfully submitted,

               **/s/ Thomas I. Puleo, Esquire**
               Thomas I. Puleo, Esquire
               Brian C. Nicholas, Esquire
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA  19106
               215-627-1322

March 24, 2017