**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Kenneth Fullard, Sr.
Charlene Fullard
    Debtor(s).

13

Bky No. 16-17011 - jkf

**ORDER**

  **AND NOW,** this _____ day of _____ 2017, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC, counsel for debtor(s) and after notice it is hereby

  **ORDERED** that counsel fees in the amount $3,500.00 less $1,000.00 already paid with a remaining balance of $2,500.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B).

**BY THE COURT:** _[signature]_

_____
Hon. Jean K. FitzSimon
**U.S. BANKRUPTCY JUDGE**

**Date: June 29, 2017**

  **CC:** **Brandon Perloff, Esq.**
     Kwartler Manus, LLC
     1429 Walnut Street, Suite 701
     Philadelphia, PA   19102

     William C. Miller, Esquire
     Chapter 13 Trustee
     Post Office Box 40119
     Philadelphia, PA 19106

     Kenneth Fullard, Sr.
     5834 Hazel Avenue
     Philadelphia, PA 19143