United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kenneth Fullard, Sr.  
Charlene Fullard  
       Debtors

Case No. 16-17011-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jun 29, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2017.  
db/jdb        +Kenneth Fullard, Sr.,    Charlene Fullard,    5834 Hazel Avenue,    Philadelphia, PA 19143-1938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2017 at the address(es) listed below:

         BRANDON J. PERLOFF    on behalf of Debtor Kenneth Fullard, Sr. bperloff@kminjurylawyers.com,  
           kmecf1429@gmail.com  
         BRANDON J. PERLOFF    on behalf of Joint Debtor Charlene Fullard bperloff@kminjurylawyers.com,  
           kmecf1429@gmail.com  
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    LoanDepot.com, LLC bnicholas@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
         DENISE ELIZABETH CARLON    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com  
         DOUGLAS M LEAVITT    on behalf of Creditor    Diamond Resorts U.S. Collection Development, LLC  
           leavitt@ds-l.com,    filing@ds-l.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    LoanDepot.com, LLC tpuleo@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                           TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

        13

Kenneth Fullard, Sr.
Charlene Fullard                          Bky No. 16-17011 - jkf

      Debtor(s).

**ORDER**

**AND NOW,** this _____ day of _____ 2017, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC**,** counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,500.00 less $1,000.00 already paid with a remaining balance of $2,500.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B).

**BY THE COURT:** _JEllen K FitzSimon_

_____
Hon. Jean K. FitzSimon
**U.S. BANKRUPTCY JUDGE**

**Date: June 29, 2017**

   **CC:**   **Brandon Perloff, Esq.**
           Kwartler Manus, LLC
           1429 Walnut Street, Suite 701
           Philadelphia, PA   19102

           William C. Miller, Esquire
           Chapter 13 Trustee
           Post Office Box 40119
           Philadelphia, PA 19106

           Kenneth Fullard, Sr.
           5834 Hazel Avenue
           Philadelphia, PA 19143