United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 16-17011-jkf
Kenneth Fullard, Sr.                                                              Chapter 13
Charlene Fullard
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD              Page 1 of 1              Date Rcvd: Jul 05, 2017
                              Form ID: 155              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2017.
db/jdb         +Kenneth Fullard, Sr.,    Charlene Fullard,    5834 Hazel Avenue,    Philadelphia, PA 19143-1938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2017 at the address(es) listed below:
              BRANDON J. PERLOFF    on behalf of Debtor Kenneth  Fullard, Sr. bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com
              BRANDON J. PERLOFF    on behalf of Joint Debtor Charlene  Fullard bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    LoanDepot.com, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
              DOUGLAS M LEAVITT    on behalf of Creditor    Diamond Resorts U.S. Collection Development, LLC
               leavitt@ds-l.com,  filing@ds-l.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    LoanDepot.com, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                               TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kenneth Fullard, Sr. and Charlene
Fullard

        Debtor(s)                                                           Chapter: 13

                                                                                 Bankruptcy No: 16−17011−jkf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June, 29, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                              Jean K. FitzSimon
                                                              Judge ,
                                                              United States Bankruptcy Court

                                                                                            44 − 35
                                                                                         Form 155