**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                                                                         Case No. 16-17011

KENNETH FULLARD, SR AND CHARLENE
FULLARD

   Debtor(s)

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above entitled case hereby requests that the mailing address pertaining to PAYMENTS ONLY, listed in the above stated case be changed.

**\*\* Below change is only for PAYMENT address. Notice address will be same as filed in POC.**

**Address where Payment to the creditor be sent:**

| From | To |
|---|---|
| Discover Student Loans | Discover Student Loans |
| C/O Great Lakes PO BOX 3059 | PO BOX 6107 |
| Milwaukee, WI 53201 | Carol Stream, IL 60197-6107 |

                                                                      /s/ Ashish Rawat

Date: 09/14/2018

                                                                      Creditor's Authorized Agent for Discover
                                                                      Student Loans