```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 16-17011-elf
Kenneth Fullard, Sr.                                            Chapter 13
Charlene Fullard
         Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0313-2       User: Antoinett         Page 1 of 1          Date Rcvd: Apr 29, 2020
                           Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
14265755       +Nationstar Mortgage LLC,    P.O. Box 619094,   Dallas, TX 75261-9094

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
              BRANDON J PERLOFF    on behalf of Debtor Kenneth  Fullard, Sr. bperloff@perlofflaw.com,
               kmecf1429@gmail.com
              BRANDON J PERLOFF    on behalf of Joint Debtor Charlene  Fullard bperloff@perlofflaw.com,
               kmecf1429@gmail.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    LoanDepot.com, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
              DOUGLAS M LEAVITT    on behalf of Creditor    Diamond Resorts U.S. Collection Development, LLC
               leavitt@ds-l.com, filing@ds-l.com
              KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    LoanDepot.com, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-17011-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Kenneth Fullard, Sr.<br>5834 Hazel Avenue<br>Philadelphia PA 19143 | Charlene Fullard<br>5834 Hazel Avenue<br>Philadelphia PA 19143 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/28/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 14: Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-8741 | FREEDOM MORTGAGE CORPORATION<br>10500 KINCAID BLVD<br>FISHERS, IN 46037-9764 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/01/20

Tim McGrath
**CLERK OF THE COURT**