Certificate Number: 12433-PAE-DE-034829236

Bankruptcy Case Number: 16-17011



12433-PAE-DE-034829236

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 29, 2020, at 7:35 o'clock PM EDT, Kenneth Fullard, Sr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 31, 2020            By:    /s/Lisa Susoev

Name:  Lisa Susoev

Title:   Teacher