Certificate Number: 12433-PAE-DE-034829237

Bankruptcy Case Number: 16-17011



12433-PAE-DE-034829237

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 29, 2020</u>, at <u>7:35</u> o'clock <u>PM EDT</u>, <u>Charlene R. Fullard</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 31, 2020</u>　　　　　　By:  <u>/s/Lisa Susoev</u>

　　　　　　　　　　　　　　　　　　Name:  <u>Lisa Susoev</u>

　　　　　　　　　　　　　　　　　　Title:  <u>Teacher</u>