United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 16-17011-elf

Kenneth Fullard, Sr.     Chapter 13

Charlene Fullard

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jan 19, 2021     Form ID: 138NEW     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth Fullard, Sr., Charlene Fullard, 5834 Hazel Avenue, Philadelphia, PA 19143-1938 |
| cr | | Discover Student Loans, PO BOX 6107, Carol Stream, IL 60197-6107 |
| 13802473 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 13837642 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13802475 | + | Citibank N A, 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 13807216 | + | Citibank N.A., c/o Citibank (South Dakota), N.A., ATTN: Claims Dept. MC 2235, 701 E 60th Street North, Sioux Falls, SD 57104-0432 |
| 13802480 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 13802478 | + | Diamond Resorts International, 5900 Pasteur Court, Suite 200, Carlsbad, CA 92008-7336 |
| 14498122 | | FREEDOM MORTGAGE CORPORATION, 10500 KINCAID BLVD, FISHERS, IN 46037-9764 |
| 14559017 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13802481 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 13802484 | + | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |
| 13863954 | + | LoanDepot.com, LLC, Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618-1430 |
| 14265755 | + | Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-9094 |
| 13802487 | + | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 13864019 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 13825240 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 13802488 | + | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2021 06:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2021 06:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bankruptcy@diamondresorts.com | Jan 20 2021 06:51:00 | Diamond Resorts U.S. Collection Development, LLC, 10600 West Charleston Blvd, Las Vegas, NV 89135-1014 |
| 13890411 | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:52:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13802476 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 20 2021 06:51:00 | Comenity Bank/jssclndn, Po Box 182789, Columbus, OH 43218-2789 |
| 13802477 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 20 2021 06:51:00 | Comenity Bank/mtrostyl, Po Box 182789, |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2789 |
| 13853944 | | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2021 06:51:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13855033 | + | Email/Text: bankruptcy@diamondresorts.com | Jan 20 2021 06:51:00 | Diamond Resorts U.S. Collection Developement, 10600 W Charleston Blvd., Las Vegas NV 89135-1014 |
| 13811173 | + | Email/Text: DSLBKYPRO@discover.com | Jan 20 2021 06:52:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 13802479 | + | Email/Text: DSLBKYPRO@discover.com | Jan 20 2021 06:52:00 | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 13802482 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jan 20 2021 06:51:00 | Franklin Mint Fcu Il, 1974 Sproul Rd Ste 300, Broomall, PA 19008 |
| 13802474 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 07:01:57 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13802483 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 20 2021 06:51:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 13802485 | + | Email/Text: bknotification@loandepot.com | Jan 20 2021 06:53:00 | Loandepo.co, 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 13802486 | + | Email/Text: bankruptcy@diamondresorts.com | Jan 20 2021 06:51:00 | Ocean Beach Club, LLC, 1081 19th Street, Virginia Beach, VA 23451-5600 |
| 13857792 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2021 06:59:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13834992 | | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2021 06:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13828598 | | Cenlar FSB |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

**Name**          **Email Address**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 36 |

BRANDON J PERLOFF
on behalf of Joint Debtor Charlene Fullard bperloff@perlofflaw.com  kmecf1429@gmail.com

BRANDON J PERLOFF
on behalf of Debtor Kenneth Fullard  Sr. bperloff@perlofflaw.com, kmecf1429@gmail.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor LoanDepot.com  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor LoanDepot.com  LLC bkgroup@kmllawgroup.com

DOUGLAS M LEAVITT
on behalf of Creditor Diamond Resorts U.S. Collection Development  LLC leavitt@ds-l.com, filing@ds-l.com

KEVIN G. MCDONALD
on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
on behalf of Creditor LoanDepot.com  LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor LoanDepot.com  LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

THOMAS I. PULEO
on behalf of Creditor LoanDepot.com  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Kenneth Fullard, Sr. and Charlene Fullard

       Debtor(s)                           Bankruptcy No: 16−17011−elf

                                                   Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                         Suite 400
                 Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                  For The Court
                                             Timothy B. McGrath
                                              Clerk of Court

Dated: 1/19/21

                                                                      64 − 63
                                                              Form 138_new