**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | KENNETH FULLARD, SR. |
| Debtor 2 (Spouse, if filing) | CHARLENE FULLARD |
| United States Bankruptcy Court for the: | EASTERN    District of  PA (State) |
| Case Number | 16-17011 ELF |

## Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**  FREEDOM MORTGAGE CORPORATION

**Court claim no. (if known):**    14

**Last 4 digits** of any number you use to identify the debtor's account:        0439

**Date of payment change:** 06/01/2020
Must be at least 21 days after date of this notice

**New total payment:**
Principal, interest, and escrow, if any        $672.82

---

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $184.93          New escrow payment: $244.41

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: _____     New principal and interest payment: _____

| **Part 3:** | **Other Payment Change** |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: _____     New mortgage payment: _____

## Part 4:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**   /s/ Thomas Song, Esquire                                    Date   May 1, 2020
   Signature

Print:   Thomas Song, Esq., Id. No.89834                           Title   Attorney
      First Name          Middle Name          Last Name

Company   Phelan Hallinan Diamond & Jones, LLP

Address   1617 JFK Boulevard, Suite 1400

        Philadelphia, PA 19103

Contact Phone   215-563-7000                                       Email   Thomas.Song@phelanhallinan.com